-cr-06230-WPD   Document 15   Entered on FLSD Docket 08/14/2000

FILED by _____ D.C.
AUG 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT**
*Southern District of Florida*

UNITED STATES OF AMERICA )   Case Number: CR_00-4198-BSS
                  Plaintiff )
                           )   REPORT COMMENCING CRIMINAL
         -VS-              )          ACTION
Esrom Williams             )        55425-004
         Defendant         )   USMS Prisoner No:

*********************************************************
TO: Clerk's Office    MIAMI    FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court         FT. PIERCE
                        (circle one of above)
NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.
*********************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 8  9  00     8 30  am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 21 USC 952 846
    Consp to import Marijuana

(4) U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 6  11  59

(6) Type of Charging Document: (check one)
    [ ] Indictment  [X] Complaint to be filed/already filed
    Case#_____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern Dist. Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES  [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 8-10-2000   (9) Arresting Officer: Thomas Flowers

(10) Agency: DEA                (11) Phone: 954-489-1767

(12) Comments: _____

