**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | ESROM WILLIAMS (J) | CASE NO: | 00-4198-BSS |
| AUSA: | BERTHA MITRANI / Powell | ATTY: | STEVEN ROSEN |
| AGENT: | | VIOL: | |
| PROCEEDING: | INQUIRY RE COUNSEL | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

*FILED by __ D.C. AUG 14 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or ___ x's a week/month by phone: ___ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: ___
- ❏ Travel extended to: ___
- ❏ Halfway House ___

Steven Rosen called in his appearance this date and requested PTD hearing be re-set from This 8-15 to Wed 8-16 @ 11 AM

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 8/16/00 | 11 | Snow | FTL |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 8-14-00   TIME: 11:00   FTL/LSS TAPE # 00 - 040   Begin: 45   End: 70