## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | ESROM WILLIAMS (J) | CASE NO: | 00-4198-BSS |
| AUSA: | BERTHA MITRANI  pres | ATTY: STEVEN ROSEN, ESQ. — pres | |
| AGENT: | | VIOL: | |
| PROCEEDING: | PRETRIAL DETENTION HEARING | RECOMMENDED BOND: | PTD |

BOND HEARING HELD - yes / no      COUNSEL APPOINTED: _____

BOND SET @:  75,000 CSB w/Nebbia to be cosigned by: Wife, sister-in-law,
200,000 PSB                                         mother-in-law, brother-in-law,
                                                    grand aunt, brother ~ D.C.
☐ Do not violate any law.                           (6) family members

☐ Appear in court as directed.

☒ Surrender and / or do not obtain passports / travel documents. w/in 24 hrs

☒ Rpt to PTS as directed / or ~~x's a week~~ month
   by phone; ___ / ___ x's a week/month in person.

☐ Random urine testing by Pretrial Services. ___
   Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: ___

☐ Travel extended to: ___

☐ Halfway House ___

Agreed bond set
and Nebbia met.
Bond may be
posted.

PM. Continued

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 8-25 | 11 | SNOW | |
| STATUS CONFERENCE: | | | | |

DATE: 8-16-00    TIME: 11:00    FTL/LSS TAPE # 00 - 042    Begin: 1358    End: 1796



32N