## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: ESROM WILLIAMS (B)  CASE NO: 00-6230-CR-DIMITROULEAS

AUSA: BERTHA MITRANI /Buhrke  ATTY: STEVEN ROSEN, ESQ. Not pres

AGENT: ___  VIOL: ___

PROCEEDING: ARRAIGNMENT / IKC  RECOMMENDED BOND: ___

BOND HEARING HELD - yes / no  COUNSEL APPOINTED: ___

BOND SET @: ___  To be cosigned by: ___

FILED by AUG 25 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.

☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.

Deft asked for 10 more days to hire Counsel

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: ___

☐ Travel extended to: ___

☐ Halfway House ___

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 9-5 | 11 | LSS | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 8/25/00  TIME: 11:00  FTL/LSS TAPE # 00 - 046  Begin: 1469  End: 1509