DEFT: Esrom Williams (B)  
AUSA: Bertha Mitrani /Roger/Stefan  
AGENT: ___  
PROCEEDING: Inquiry re Counsel/Arraignment  
BOND HEARING HELD - yes/no  

CASE NO: 00-6230-CR-Dimitrouleas  
ATTNY: Stephen Rosen  
VIOL: ___  
BOND REC: ___  
COUNSEL APPOINTED: ___  

___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
(2) ___ Halfway House
___ Electronic Monitoring

FILED by ___ D.C.
SEP 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: 9-21-00   11:00AM   Snow
STATUS CONFERENCE: ___
DATE: 9-5-00   TIME: 11:00am   TAPE # 00-070   PG # 3
1300-1380
Recalled 1474-1508