

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6230-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Esrom Williams

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on    9-5-00   , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and ~~COURT APPOINT~~ed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:    Address:____See Bond_____

Telephone:_____

DEFENSE COUNSEL:   Name:____Stephen Rosen_____

Address:____(see notice of appearance)____

Telephone:_____

BOND SET/CONTINUED:   $_____Cont'd on bond as set_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __5__ day of __September__, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. __00-070__

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

