UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6230-CR-DIMITROULEAS

    Plaintiff,

vs.

ESROM WILLIAMS, et al.,

    Defendants.
_____/

## MOTION TO ADOPT

**COMES NOW** the Defendant, ESROM WILLIAMS, by and through his undersigned counsel and hereby files this Motion to Adopt co-defendant Nesbeth's Motion for Continuance and states as follows:

1. On the 13th day of September 2000 counsel for co-defendant, David Nesbeth, filed a Motion for Continuance requesting additional time to complete discovery.

2. Williams hereby adopts co-defendant's Motion for Continuance.

**WHEREFORE**, the defendant respectfully requests this Honorable Court for leave to adopt co-counsel's Motion to Continue.

**ENVELOPES NOT PROVIDED**



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was mailed/hand delivered to Assistant United State Attorney, Bertha Mitrani, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 on this 14th day of September, 2000.

**LAW OFFICES OF STEPHEN H. ROSEN, P.A.**
999 Ponce de Leon Blvd.
Suite 550
Coral Gables, Florida 33134-3037
Florida Bar No. 154144
(305) 448-9900

STEPHEN H. ROSEN
Counsel for Defendant Williams