UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6230-CR-DIMITROULEAS

    Plaintiff,

vs.

ESROM WILLIAMS,

    Defendant.

_____/

FILED by _____ D.C.

SEP 19 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's September 18, 2000 Motion To Adopt [DE-89], and the Defendant having not complied with the Local Rules in that no proposed order or envelopes were provided with the motion, the Motion To Adopt is DENIED, without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 19 day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Stephen Rosen, Esquire
999 Ponce de Leon Boulevard, #550
Coral Gables, FL 33134-3037

Bertha Mitrani, AUSA

