## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
SEP 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD

CASE NUMBER: 00-6230-CRWPD    DATE: September 22, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    vs.    Wilson, Williams, Nesbeth, Warren, Granston
U.S. ATTORNEY: Bertha Mitrani    DEFT. COUNSEL: Lichter, Rosen, Diamond, Johnson, Roth, Thornton, DiCobbo

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Defts. Aldin Wilson & Thaddeus Warren to enter guilty plea this morning

Defts' Esrom Williams, David Nesbeth, Clifford Granston & Marc Anthony Johnsons' motion to Continue are Granted. Court resets trial date and finds that the time from today until trial is deemed excludable.

CASE CONTINUED TO: 11/24/00    TIME: 9:00    FOR: Cal. Call
MISC: 11/27/00    9:00    Trial Period.

