UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6230-CR-DIMITROULEAS

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

ESROM WILLIAMS,    :

    Defendant.    :

FILED by ___ D.C.
SEP 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

A status conference was held in this cause on September 21, 2000. At that conference, the parties informed the Court as follows:

1. Discovery was sent on September 1, 2000. However, defense counsel did not receive it, and the documents were faxed on September 21, 2000. The tapes were provided to lead counsel.

2. Substitute counsel for the defendant, who has just been retained, will be seeking a continuance of the trial.

DATED at Fort Lauderdale, Florida, this 25 day of September, 2000.

*Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bertha Mitrani
Stephen Rosen, Esq.

