## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6230-CR-WPD    DATE: 11/20/00

COURTROOM CLERK: ~~Karen A. Carlton~~ Deloris McIntosh    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    vs.    Esrom Williams (B)

U.S. ATTORNEY: Bertha Mitrani    DEFT. COUNSEL: Steven Rosen

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Defendant pled guilty to Count 3 of the Indictment

CASE CONTINUED TO: 3/2/01    TIME: 10:30    FOR: Sentencing

MISC: _____