UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.                          CASE NO. 00-6230-CR-DIMITROULEAS

ESROM WILLIAMS

TYPE OF CASE:                    CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS
FOLLOWS:

PLACE:
299 E. BROWARD BLVD.                COURTROOM 203E
FT. LAUDERDALE, FL 33301            DATE & TIME:
                                   **March 5, 2001 AT 11:30 A.M.**
                                   **(Previously set for 3/2/01 at 10:30)**

TYPE OF          SENTENCING
HEARING:

                                   CLARENCE MADDOX,
                                   CLERK OF COURT


DATE:    February 21, 2001                    BY DEPUTY CLERK


cc: Bertha Mitrani, AUSA
    Steven Rosen, Esq.
    U.S. Probation