UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NO. 00-6230-CR-DIMITROULEAS

    Plaintiff,

vs.

ESROM WILLIAMS,

    Defendant.
_____/



## ORDER DENYING WITHOUT PREJUDICE
## MOTION FOR CONTINUANCE

THIS CAUSE having come before this Court on Defendant's Motion For Continuance [DE-145], and the Court noting that no proposed order, as required by Local Rule 7.1A2 was provided, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby DENIED without prejudice to renew with a proposed order.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 27 day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Stephen H. Rosen, Esquire
1221 Brickell Avenue, #1020
Miami, FL 33131

Bertha Mitrani, AUSA

