**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

CASE NO.: 00-6230-CR-DIMITROULEAS

　　　　Plaintiff,

vs.

ESROM WILLIAMS,

　　　　Defendants.
_____/

### RENEWED MOTION TO CONTINUE SENTENCING

The Defendant, Esrom Williams, through undersigned counsel, respectfully requests that the court enter an order continuing his sentence date and as grounds states as follows:

1. On November 20, 2000, the defendant Esrom Williams plead guilty to count three of a four count indictment which charges conspiracy to possess with intent to distribute in excess of 100 kilograms of marijuana, in violation of **21 USC 846.**

2. At the time of the plea, the Court was informed that the defendant was diagnosed and was being treated for Hepatitis B.

3. According to the defendant's physician, Dr. Pascual Delliapi, Pembroke Pines, Florida, the defendant requires continuous treatment for this disease and its side effects include weakness, sleepiness and anxiety. It also attacks the liver causing abnormal liver functions. Any medication prescribed prematurely for this disease could have harmful side effects to other vital organs such as kidneys and heart.

4. On January 31, 2001, the defendant had additional blood tests. The tests revealed that William's body still has not rejected the virus. Therefore, a more aggressive medication, which



may have harmful side effects to other organs, has been prescribed.

5. A period of sixty days will be required to determine the viability of this new treatment.

6. AUSA Bertha Mitrani has no objection to this motion.

**WHEREFORE,** the defendant respectfully moves to continue his sentence for sixty days.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed/hand delivered to

Assistant United State Attorney, Bertha Mitrani, 500 East Broward Blvd., Suite 700, Ft.

Lauderdale, FL 33394 on this 1st day of March, 2001.

**LAW OFFICES OF STEPHEN H. ROSEN, P.A.**

1221 BRICKELL AVENUE
Suite 1020
Miami, Florida 33131
Florida Bar No. 154144
(305) 358-6789

STEPHEN H. ROSEN
Counsel for Defendant Williams