**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,            CASE NO.: 00-6230-CR-DIMITROULEAS

    Plaintiff,

vs.

ESROM WILLIAMS,

    Defendants.
_____/

### ORDER ON RENEWED MOTION TO CONTINUE SENTENCING

**THIS CAUSE** having come on to be heard on Defendant's Renewed Motion to continue Sentencing (DE-148) and the Court having heard argument of counsel, and being otherwise advised in the premises, it is hereupon,

**ORDERED AND ADJUDGED** that the defendant is suffering from an acute Hepatitis B infection and is in need of advanced treatment for said disease. The government having no objection to the Motion for continuance, said Motion is hereby _Granted_.
Sentencing reset to May 4, 2001 at 10:30 AM.

**DONE AND ORDERED** in Chambers, at Ft. Lauderdale County, Florida, this 2 day of _March_, 2001.

                                                HONORABLE WILLIAM DIMITROULEAS
                                                USDJ

Copies furnished:

Bertha Mitrani, AUSA

Stephen H. Rosen    1221 Brickell Ave. #1020
                               Miami, Fl. 33131

U S P.O.

