**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,    CASE NO.: 00-6230-CR-DIMITROULEAS

    Plaintiff,

vs.

ESROM WILLIAMS,

    Defendants.

_____/

### EMERGENCY MOTION TO CONTINUE SENTENCING

The Defendant, Esrom Williams, through undersigned counsel, respectfully requests that the court enter an order continuing his sentence date and as grounds states as follows:

1. On November 20, 2000, the defendant Esrom Williams plead guilty to count three of a four count indictment which charges conspiracy to possess with intent to distribute in excess of 100 kilograms of marijuana, in violation of **21 USC 846.**

2. At the time of the plea, the Court was informed that the defendant was diagnosed and was being treated for Hepatitis B.

3. Since the last motion for continuance was filed, all treatment for the defendant's chronic hepatitis B have failed. As of Monday, April 30, 2001, the defendant will begin Interferon treatment.

4. Defendant informed counsel that the shots will be given three times a week and blood testing two times a week to regulate Interferon dosage. (Attached hereto and made part hereof is a letter dated April 24, 2001 from Dr. Wilson Otero to Dr. Pasquale Dellapi, which is Williams primary care physician).



5.  A period of ninety days will be required to determine the viability of this new treatment.

6.  AUSA Bertha Mitrani has no objection to this motion.

**WHEREFORE,** the defendant respectfully moves to continue his sentence for ninety days to admit Interferon treatment.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed/hand delivered to Assistant United State Attorney, Bertha Mitrani, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 and to Pre-trial Officer, Carol Sirotto on this 30th day of April, 2001.

**LAW OFFICES OF STEPHEN H. ROSEN, P.A.**

1221 BRICKELL AVENUE
Suite 1020
Miami, Florida 33131
Florida Bar No. 154144
(305) 358-6789

STEPHEN H. ROSEN
Counsel for Defendant Williams

**GASTROINTESTINAL DIAGNOSTIC CENTERS**
2245 N. University Drive, Pembroke Pines, FL 33024
3800 S. Ocean Drive, Suite 230, Hollywood, FL 33019
6751 Sunset Strip, Sunrise, FL 33313
750 S. Federal Highway, Hollywood, FL 33020

Telephone: (954) 963-0888     Fax: (954) 985-9818

Jeffrey A. Steiner, M.D.                        Wilson N. Otero, M.D.
Howard A. Rubenstein, M.D.              Peter S. Yotseff, M.D.

April 24, 2001

Pasquale Dellapi, M.D.
2301 North University Drive
Suite 202
Pembroke Pines, FL 33024

RE:   WILLIAMS, ESRON

Dear Dr. Dellapi:

This 42-year-old gentleman has evidence of chronic hepatitis B. He has progressive weight loss. He has loss of energy and appetite. He does not have evidence of any malignancy at this time. An extensive evaluation shows that he has significant hepatitis B damage to his liver. Biopsies show evidence of bridging fibrosis. This patient requires Interferon therapy hopefully to clear the hepatitis B virus. He is here today with his sister-in-law.

On physical examination, he appears thin and well developed. Examination of the abdomen shows a flat abdomen with no organomegaly or masses. There are no areas of localized tenderness.

I have introduced him to my hepatitis nurse, Roy Brooks. We will start him on Interferon therapy within the next five days.

Sincerely,

Wilson Otero, M.D.
WO/dla
97074wo