UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

**CASE NO.: 00-6230-CR-DIMITROULEAS**

    Plaintiff,

vs.

**ESROM WILLIAMS,**

    Defendants.

_____/

MAY 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

### ORDER FOR EMERGENCY MOTION TO CONTINUE SENTENCING

**THIS CAUSE** having come on to be heard on Defendant's Emergency Motion to continue

Sentencing and the Court having heard argument of counsel, and being otherwise advised in the

premises, it is hereupon,

**ORDERED AND ADJUDGED** that the defendant is suffering from an acute Hepatitis

B infection and is in need of advanced treatment for said disease. The government having no

objection to the Motion for continuance, said Motion is hereby _granted_. Sentencing

is reset to August 3, 2001 at 10:30 A.M.

**DONE AND ORDERED** in Chambers, at Ft. Lauderdale County, Florida, this _2_

day of ___May___, 2001.

**HONORABLE WILLIAM DIMITROULEAS**

Copies furnished:

Bertha Mitrani, AUSA
U.S. Probation Office
Steven Rosen

