**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,    CASE NO.: 00-6230-CR-
                             DIMITROULEAS
    Plaintiff,

vs.

ESROM WILLIAMS,

    Defendants.
_____/

## MOTION TO MODIFY BOND CONDITION

**COMES NOW** the defendant, **ESROM WILLIAMS**, by and through his undersigned counsel and hereby moves this Honorable Court to modify his conditions of pretrial release and as grounds therefore state as follows:

1. Williams reports to pretrial services once a week in person.

2. Due to his medical condition, Pretrial Service Officer Carol Sirroto recommends that Defendant reports twice a weeks by phone

3. AUSA Bertha Mitrani has no objection.

**WHEREFORE,** Williams respectfully requests that this Honorable Court modify his pretrial service reporting to once every two weeks by phone.



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true copy of the foregoing was mailed/hand delivered to Assistant United State Attorney, Bertha Mitrani, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 and to Pretrial Officer Carol Sirotto at 299 East Broward Blvd., #301, Ft. Lauderdale, FL 33301 on this 11th day of June, 2001.

LAW OFFICES OF STEPHEN H. ROSEN, P.A.
1221 BRICKELL AVENUE
Suite 1020
Miami, Florida 33131
Florida Bar No. 154144
(305) 358-6789

STEPHEN H. ROSEN
Counsel for Defendant Williams