**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,   CASE NO.: 00-6230-CR-DIMITROULEAS

    Plaintiff,

vs.

ESROM WILLIAMS,

    Defendants.
_____/

## ORDER FOR MOTION TO MODIFY BOND CONDITION

**THIS CAUSE** having come on to be heard on Defendant's Motion to Modify Bond Condition and the Court having heard argument of counsel, and being otherwise advised in the premises, it is hereupon,

**ORDERED AND ADJUDGED** that due to the defendant's medical condition, the defendant will report to his Pretrial Officer twice a week by phone. The government having no objection to the Motion, said Motion is hereby ___granted___.

**DONE AND ORDERED** in Chambers, at Ft. Lauderdale County, Florida, this 12 day of _June_, 2001.

                          **HONORABLE WILLIAM DIMITROULEAS**

Copies furnished:

Stephen H. Rosen, P.A.
Bertha Mitrani, AUSA
Pretrial Officer, Carol Sirotto

