**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,    CASE NO.: 00-6230-CR-DIMITROULEAS

    Plaintiff,

vs.

ESROM WILLIAMS,

    Defendants.
_____/

## MOTION TO CONTINUE SENTENCING

The Defendant, Esrom Williams, through undersigned counsel, respectfully requests that the court enter an order continuing his sentence date and as grounds states as follows:

1. Williams is set for sentencing on August 3, 2001

2. Undersigned counsel will be on a pre-paid, pre-planned vacation with his family from July 27, 2001 to August 8, 2001.

3. AUSA Bertha Mitrani has no objection to this motion.

**WHEREFORE,** the defendant respectfully moves to continue his sentence to August 10,

ENVELOPES NOT PROVIDED