**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA,**   **CASE NO.: 00-6230-CR-DIMITROULEAS**

    Plaintiff,

vs.

**ESROM WILLIAMS,**

    Defendants.
_____/

FILED by _____ D.C.

JUL 1 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER FOR MOTION TO CONTINUE SENTENCING

**THIS CAUSE** having come on to be heard on Defendant's Motion to continue Sentencing and the Court having heard argument of counsel, and being otherwise advised in the premises, it is hereupon,

**ORDERED AND ADJUDGED** that the undersigned counsel will be on vacation from July 27, 2001 to August 8, 2001. The government having no objection to the Motion for continuance, said Motion is hereby _granted_. Sentencing is reset for August 9, 2001 at 1:00 PM

**DONE AND ORDERED** in Chambers, at Ft. Lauderdale County, Florida, this ___ day of _July_, 2001.

HONORABLE WILLIAM DIMITROULEAS

Copies furnished:

Bertha Mitrani, AUSA
U.S. Probation Office
Stephen H. Rosen, P.A.

