**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

CASE NO.: 00-6230-CR-DIMITROULEAS

Plaintiff,

vs.

ESROM WILLIAMS,

Defendants.

_____/



## MOTION FOR STATUS CONFERENCE OR IN THE ALTERNATIVE

## MOTION TO CONTINUE SENTENCE

The Defendant, ESROM WILLIAMS, by and through his undersigned counsel respectfully moves this Honorable Court to hold a status conference on the Defendant's physical condition or in the alternative to continue his sentence and as grounds therefore states as follows:

1. Williams is scheduled for sentence on August 9, 2001 at 1:00 p.m.

2. Undersigned counsel received the attached letter by fax on July 26, 2007 at 12:11p.m. (Attached hereto is Exhibit 1).

3. University of Miami, Jackson Health Systems, Liver and GI Transplant Department has determined that Williams is in need of a liver transplant; however, he is not eligible for the transplant until his HBV DNA level becomes undetectable. Once this happens, there is a greater chance that the new liver will not be attacked by the Hepatitis B virus and will survive any rejection.

**WHEREFORE** the Defendant respectfully moves this Honorable Court to set a status conference or in the alternative a three month continuance. Further, undersigned counsel will be on vacation from July 27, 2001 to August 8, 2001.



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was mailed/hand delivered to Assistant United State Attorney, Bertha Mitrani, 500 East Broward Blvd., Suite 700, Ft. Lauderdale , FL 33394 and to U.S. Probation Officer, Greogrann Stanley 299 East Broward Blvd., Room 409, Ft. Lauderdale, FL 33301 on this 27th day of July, 2001.

**LAW OFFICES OF STEPHEN H. ROSEN, P.A.**

1221 BRICKELL AVENUE
Suite 1020
Miami, Florida 33131
Florida Bar No. 154144
(305) 358-6789

STEPHEN H. ROSEN
Counsel for Defendant Williams

# Miami
SCHOOL OF MEDICINE

July 26, 2001

Dear Sir or Madam:

I am writing in behalf of Mr. Esrom Williams, a patient of ours here at the University of Miami. Mr. Williams was evaluated on June 12, 2001 for a possible liver transplant. His primary diagnosis is that of hepatitis B. At that time, his HBV DNA level was positive. This representing an active, replicating virus. We placed him on Epivir 150mg once a day in hopes to bring his HBV DNA to undetectable levels. Once undetectable levels have been reached, we can pursue transplantation.

In the interim, we are following his laboratory levels closely with bi-monthly lab checks. Our team will re-evaluate Mr. Williams every three months for changes in his status.

Please feel free to contact me if further questions arise. My phone number is 305.355.5160.

Sincerely,

Scott Koonce RNBSN

Scott Koonce R.N., BSN
University of Miami, Jackson Health Systems
Liver and GI Transplant Department

THE DEWITT DAUGHTRY FAMILY DEPARTMENT OF SURGERY (M840)
Division of Liver / GI Transplantation
P.O. Box 015809
Miami, Florida 33101
305-355-5000 • Fax: 305-355-5124 • Toll free: 1-877-999-9298