UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. 00-6230-CR-DIMITROULEAS

    Plaintiff,

vs.

ESROM WILLIAMS,

    Defendant.
_____/

## ORDER DENYING MOTION FOR STATUS CONFERENCE AND MOTION TO CONTINUE SENTENCING

THIS CAUSE having come on to be heard on Defendant's Motion For Status Conference or in the Alternative Motion to Continue Sentencing [DE-164], and the Court being otherwise advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that the Defendant Williams' Motion For Status Conference or in the alternative continue the sentencing is hereby DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 2 day of August, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

**Copies furnished to**:
Bertha Mitrani, AUSA

Stephen H. Rosen, P.A.
1221 Brickell Avenue, #1020
Miami, FL 33131

Greogrann Stanley, USPO

