## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6230-CR-WPD   DATE: August 9, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: Georgann Stanley     INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Eyum Williams

U.S. ATTORNEY: Bertina Mutani    DEFT. COUNSEL: Steven Kreun

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:

Court resets the sentencing to
allow counsel opportunity to research
an issue that has arisen

CASE CONTINUED TO: 8/31/01    TIME: 2:00    FOR: Sentencing

MISC: _____