UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NO. 00-6230-CR-DIMITROULEAS

Plaintiff,

vs.

ESROM WILLIAMS,

Defendant.
_____/

## ORDER RESETTING SENTENCING

THIS CAUSE having come on to be heard on the Court's own motion, and the Court

being otherwise advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that the sentencing is reset to August 31, 2001 at 10:30

A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

____ day of August, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Bertha Mitrani, AUSA

Stephen H. Rosen, P.A.
1221 Brickell Avenue, #1020
Miami, FL 33131

Greogrann Stanley, USPO

