**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6230-CR-WPD  DATE: August 31, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Georgiann Stanley   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Lorin Williams

U.S. ATTORNEY: Bertha Mitrani   DEFT. COUNSEL: Steven Rosen

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed. Gov't does not oppose deft's m/for downward departure based on deft's medical condition. Time Served, 5 years supervised release w/ special condition that the 1st 6 months are spent on home confinement w/o electronic monitoring. No fine, $100 assmt.

CASE CONTINUED TO: _____  TIME: _____  FOR: _____

MISC: Deft. advised of right to appeal.