# United States District Court
## Southern District of Florida
### FT. LAUDERDALE DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Offenses Committed On or After November 1, 1987) |
| v. | Case Number: 00-6230-CR-WPD |
| ESROM WILLIAMS | Counsel For Defendant: Stephen Rosen, Esq. |
| | Counsel For The United States: Bertha Mitrani, AUSA |
| | Court Reporter: Robert Ryckoft |

The defendant pleaded guilty to Count THREE of the Indictment. Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 21 USC 846 | Conspiracy to Possess With Intent to Distribute In Excess of 100 Kilograms of Marijuana | 8/9/2000 | THREE |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count(s) ALL REMAINING dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 10/11/1959
Deft's U.S. Marshal No.: 55425-004

Date of Imposition of Sentence:
August 31, 2001

Defendant's Mailing Address:
5741 Surrey Circle East
Davie, FL 33331

Defendant's Residence Address:
5741 Surrey Circle East
Davie, FL 33331

WILLIAM P. DIMITROULEAS
United States District Judge

August 31, 2001

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By /s/
Deputy Clerk
Date 8/31/01

