UNITED STATES DISTRICT COURT
Southern District Of Florida
Ft. Lauderdale Division

UNITED STATES OF AMERICA        JUDGMENT IN A CRIMINAL CASE
                                CASE NO.: 00-6230-CR-WPD

vs.

ESROM WILLIAMS
_____/



## MOTION FOR PERMISSION TO TRAVEL

**COMES NOW**, The Defendant Esrom Williams, by and through undersigned counsel, and moves this Honorable court for permission to travel and as grounds states as follows:

1.   The Defendant is currently serving five years probation which is schedule to terminate September 2005.

2.   The Defendant's minor child will be performing in a school function in Europe; she is a member of the band and will be accompanied by her family.

3.   The Defendant had not been anticipating accompanying family to Europe, as his father has been very ill and he has not been able to leave him for a long period of time.

4.   At this time Defendant's father's health is more stable and as such he is able to accompany his family.

5.   Defendant is requesting permission to travel to England and Italy from July 15th, 2005 through July 31st, 2005.

6.   Because of such short notice Defendant's attorney previously contacted Defendant's probation officer Ms. Bunny Green (305) 412-2313 and she has no objection to Defendant traveling.

7.   Defendant was granted permission previously by the Court to travel to Ireland, Brazil and Paraguay and India.



1

WHEREFORE the Defendant kindly requests that this Honorable Court grants Defendant permission to travel.

Respectfully Submitted,

Pines Law Center
9050 Pines Blvd. Suite 300
Pembroke Pines, FL. 33024.

By: /s/
Nathaniel J. Birdsong III, Esq.
Fl bar No: 0187372

2