UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6230-CR-DIMITROULEAS

    Plaintiff,

vs.

ESROM WILLIAMS,

    Defendant
_____/

## ORDER APPROVING TRAVEL

THIS CAUSE is before the Court on Defendant' July 13, 2005[1] Motion For Permission to Travel [DE-193] and probation having no objection, said Motion to Travel [DE-193] is Granted. The Court notes that defense counsel did not provide a proposed order in contravention of Local Rule 7.1(A)(1)(g) and 7.1(A)(2). Also, defense counsel did not indicate that he had favored the U.S. Attorney's Office with a copy of the motion.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 14 day of July, 2005.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[1]The Motion was filed in the clerk's office at 1:32 P.M. on July 13, 2005 and delivered to chambers on July 14, 2005 at 11:19 A.M. It was not denominated an emergency motion, even though the travel was set to commence on July 15, 2005.



Copies furnished to:

Nathaniel J. Birdsong, III, Esquire
9050 Pines Boulevard, #300
Pembroke Pines, Florida 33024

Bertha Mitrani, AUSA
Bunny Green, USPO